**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00780-CV

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03311-E**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's July 9, 2018 petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     CRAIG STODDART
        JUSTICE